UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 22-MJ-118 |
| | : | |
| SAMUEL HALL, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| Defendant. | : | (Unlawfully Possession with Intent to |
| | : | Distribute Fentanyl) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine Base) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 25, 2022, within the District of Columbia, **SAMUEL HALL**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

### COUNT TWO

On or about May 25, 2022, within the District of Columbia, **SAMUEL HALL**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and

substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

        **(Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves* /DJZ
Attorney of the United States in
and for the District of Columbia.